Alina Kats, Esq.
NJ State Bar # 417832026
Alina Kats, Esq. PLLC
2361 Nostrand Avenue, Ste. 507
Brooklyn, NY 11210
T: (646) 275-6347
E: alinakats@alinakatsesq.com
*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PAVLO VINER**<br>(A# 209-362-649),<br><br>      Petitioner,<br><br>v.<br><br>**JOHN DOE**, Warden, Delaney Hall Detention Facility, in their official capacity,<br><br>      Respondents. | Civil Action No. 26-9514<br><br>**PETITIONER'S<br>NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT<br>PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Pavlo Viner, through undersigned counsel, hereby voluntarily dismisses this action in its entirety without prejudice. Respondents have not served an answer or a motion for summary judgment.

Each party shall bear its own fees and costs.

Dated: July 30, 2026

**So Ordered      Evelyn Padin, U.S.D.J.**
**July 31, 2026**

Respectfully submitted,

*/s/ Alina Kats*
Alina Kats, Esq.
NJ State Bar # 417832026
Alina Kats, Esq. PLLC
2361 Nostrand Avenue, Ste. 507
Brooklyn, NY 11210
T: (646) 275-6347
E: alinakats@alinakatsesq.com
*Attorney for Petitioner*